FILED
November 19, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>             Plaintiff,                         )<br>v.                                                         )<br>                                                              )<br>ALLAN LEE WILLMON,                  )<br>                                                              )<br>             Defendant.                     ) | Case No. CR. S-01-0230 JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALLAN LEE WILLMON</u>, Case No. <u>CR. S-01-0230 JAM</u>, Charge <u>Title 18 USC § 2314</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___  Release on Personal Recognizance

  _X_  Bail Posted in the Sum of $ _50,000.00_

      _X_  Unsecured Appearance Bond

      ___  Appearance Bond with 10% Deposit

      ___  Appearance Bond with Surety

      ___  Corporate Surety Bail Bond

      _X_  (Other) _Pretrial Services Supervision of conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 19, 2008  at   2:55   pm  .

By _____
Dale A. Drozd
United States Magistrate Judge